UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ADVANTUS, CORP., et al.,

        Plaintiffs,

vs.          Case No. 3:13-cv-240-J-34MCR

T2 INTERNATIONAL, LLC,

        Defendant.
_____

ADVANTUS, CORP.,

        Plaintiff,

vs.         Case No. 3:14-cv-484-J-34PDB

T2 INTERNATIONAL, LLC, et al.,

        Defendants.
_____/

# O R D E R

**THIS CAUSE** is before the Court sua sponte. On July 28, 2014, Defendants filed their First Amended Answer (Doc. 23; Amended Answer), which rendered moot Plaintiff, Advantus, Corp.'s, Motion to Dismiss Counterclaim and Incorporated Memorandum of Law (Doc. 19), filed on July 11, 2014. See Malowney v. Federal Collection Deposit Group, 193 F.3d 1342, 1345 n.1 (11th Cir. 1999) (noting that "[a]n amended complaint supersedes an original complaint"); Meterlogic, Inc. v. Copier Solutions, Inc., 185 F. Supp. 2d 1292, 1297 (S.D. Fla. 2002) (noting that the plaintiff's filing of an amended complaint "rendered moot the parties' previous pleadings and the defendants' summary judgment and Daubert motions"). Indeed, the Amended Answer withdraws Defendants' previously asserted counterclaims.

See generally Amended Answer; see also T2 Products' Response to Advantus' Motion to Dismiss Counterclaim (Doc. 24), filed July 28, 2014.  In light of the foregoing, it is

**ORDERED**:

Plaintiff, Advantus, Corp.'s, Motion to Dismiss Counterclaim and Incorporated Memorandum of Law (Doc. 19) is **DENIED as moot**.

**DONE AND ORDERED** at Jacksonville, Florida on August 4, 2014.

*[signature]*
**MARCIA MORALES HOWARD**
United States District Judge

lc11
Copies to:

Counsel of Record
Pro Se Parties